Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WYATT G. JOHNSON,<br><br>Defendant. | Case Number: 6:19-MJ-0021-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Wyatt G. Johnson, by and through his attorney of record, Assistant Federal Defender Timothy Zindel, that the status conference in the above-captioned matter set for June 12, 2019 be continued to July 31, 2019 at 10:00 a.m. The Government has been delayed in providing discovery including video discovery and needs additional time to obtain and transmit the materials.

Dated: June 6, 2019         /S/ Susan St. Vincent
                             Susan St. Vincent
                             Legal Officer
                             Yosemite National Park

Dated: June 6, 2019          /S/ Timothy Zindel
                             Timothy Zindel,
                             Assistant Federal Defender
                             for Wyatt Johnson

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the June 12, 2019, status conference for Wyatt G. Johnson, Case *6:19-mj-0021-JDP*, is continued to July 31, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 7, 2019                              _____
                                                              UNITED STATES MAGISTRATE JUDGE