HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID HARSHAW, KYSBN # 86435
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666x7312
Fax: (916) 498-6656
david_harshaw@fd.org

Attorneys for Defendant
WYATT G. JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6-19-mj-00021-JDP |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING AND REQUEST FOR A VIDEO TELECONFERENCE** |
| vs. | |
| WYATT G. JOHNSON, | |
| Defendant. | |

Come the parties stipulating and requesting that the status hearing in this case be continued from July 31, 2019 to September 11, 2019. The parties are in plea negotiations, and the Defendant currently resides out of state in Utah. The parties request permission for the September 11 date be by Video Teleconference (VTC) for a possible plea.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 23, 2019                          */s/ David Harshaw*
                                             DAVID HARSHAW
                                             Assistant Federal Defender
                                             Attorneys for Defendant
                                             WYATT G. JOHNSON

Date: July 23, 2019                          MCGREGOR W. SCOTT
                                             United States Attorney

-1-

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Attorney for Plaintiff

**O R D E R**

The court, being sufficiently advised, orders that the status hearing set for July 31, 2019 in Case No. 6:19-mj-00021-JDP be continued to September 11, 2019 at 10:00 a.m. The continued hearing may occur by VTC.

IT IS SO ORDERED.

Dated: July 31, 2019

UNITED STATES MAGISTRATE JUDGE