| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, Bar #185395 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | (916) 498-5700 Fax (916) 498-5710 |

Attorney for Defendant
WYATT G. JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:19-mj-00021-JDP |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| WYATT G. JOHNSON, | ) |
| | ) Date: October 2, 2019 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Jeremy D. Peterson |
| | ) |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Kenneth McAdams, that the status conference scheduled for September 11, 2019, may be continued to October 2, 2019, at 10:00 a.m. The parties are still in plea negotiations, and the Defendant currently resides out of the state in Utah. The parties request permission for the October 2 date be by video teleconference (VTC) for a possible plea.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 9, 2019        /s/ *Rachelle Barbour*
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for WYATT G. JOHNSON

/ / /

/ / /

|   |   |   |
|---|---|---|
| 1 | | McGREGOR W, SCOTT<br>United States Attorney |
| 2 | | |
| 3 | Dated:  September 9, 2019 | /s/ *Rachelle Barbour for S. St. Vincent*<br>SUSAN ST. VINCENT |
| 4 | | Legal Officer |

Jiminez/Request for Rule 43 Waiver of Appearance
and Continuance

2

ORDER

The status conference scheduled for September 11, 2019, is continued to October 2, 2019, at 10:00 a.m., for the reasons set forth above. The continued hearing may occur by video teleconference.

IT IS SO ORDERED.

Dated: September 11, 2019

_____
UNITED STATES MAGISTRATE JUDGE

Jiminez/Request for Rule 43 Waiver of Appearance
and Continuance